UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTRN DIVISION

NO. 5:11-CR-00203-BO

| UNITED STATES OF AMERICA | ORDER TO SEAL DOCUMENTS |
|---|---|
| v. | |
| Scotty Jerome Hargrove | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby Orders that document entry 22 and 23 and its accompanied Order be sealed and the Memorandum in Support of this Motion to Seal in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

The Court further Orders that the clerk provide copies of the sealed motions and orders to all parties.

Dated:

2-27-17

_____
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE